■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANFY OZORIO, Appellant. [9 NYS3d 887]—Appeals by the defendant, as limited by his brief, from two sentences of the Supreme Court, Kings County (DiMango, J.), both imposed September 13, 2012, upon his convictions of attempted criminal possession of a weapon in the second degree under indictment No. 1140/11, and criminal sale of a controlled substance in the fifth degree under indictment No. 1440/12, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Dickerson, Roman and LaSalle, JJ., concur.